United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, G35669,<br>Plaintiff,<br>v.<br>KELLY SANTORO, et al.,<br>Defendant(s). | Case No. 26-cv-05699-CRB (PR)<br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND**<br>(ECF No. 4) |

Plaintiff, a prisoner at Salinas Valley State Prison (SVSP) and frequent litigant in federal court, has filed a pro se complaint under 42 U.S.C. § 1983 alleging that prison officials at SVSP and Richard J. Donovan Correctional Facility (RJD) "have been networking" and "communicating through e-mails" to set up plaintiff "to be raped by other inmates." ECF No. 1 (Compl.) at 3. Plaintiff names three officials at SVSP – Kelly Santoro, Cynthia Montrief and Clark Johnson – and one at RJD – Sergeant Coward – and moves for leave to amend to add five more defendants at SVSP, RJD and also Mule Creek State Prison (MCSP).

Plaintiff's motion for leave to amend to file a First Amended Complaint (FAC) (ECF No. 4) is GRANTED. Accord Fed. R. Civ. P. 15(a)(1) (party may amend its pleading once as matter of course). Plaintiff is advised to allege specific facts to support all claims of wrongdoing and to show how every named prison official actually and proximately caused the deprivation of plaintiff's federal rights. See Leer v. Murphy, 844 F.2d 628, 634 (9th Cir. 1988).

The complaint accordingly is dismissed with leave to amend within 28 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

Plaintiff is advised that the amended complaint will supersede the original complaint and all other pleadings. Claims and defendants not included in the amended complaint will not be considered by the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

The clerk is instructed to terminate the motion appearing on ECF as item number 4.

**IT IS SO ORDERED**.

Dated: July 30, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California