UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYON JONES, G35669,

Plaintiff,

v.

CYNTHIA MONTRIEF, et al.,

Defendant(s).

Case No. 26-cv-05699-CRB (PR)

**ORDER OF DISMISSAL WITH LEAVE TO AMEND**

(ECF No. 10)

Plaintiff, a prisoner at Salinas Valley State Prison (SVSP) and frequent litigant in federal court, has filed a pro se First Amended Complaint (FAC) under 42 U.S.C. § 1983 alleging that prison officials at SVSP, Richard J. Donovan Correctional Facility (RJD) and Mule Creek State Prison (MCSP) "send[t] each other e-mails to have plaintiff set up to be raped by other inmates and give plaintiff HIV for filing civil lawsuits in [this court]." ECF No. 8 (FAC) at 6. Plaintiff names three officials at SVSP (Cynthia Montrief, Clark Johnson and Arlene Hernandez), six officials at RJD (Coward, King, Keena Chavez, Andre Lewis, A. Garcia and G. Gonzalez) and one official at MCSP (Pierce), and moves for leave to amend to add one more defendant (S. Tomlinson) at SVSP.

Plaintiff's motion for leave to amend to file a Second Amended Complaint (SAC) (ECF No. 10) is GRANTED. But no further motions to amend will be entertained.

Plaintiff is advised to allege specific facts in the SAC to support all claims of wrongdoing and to show how every named prison official actually and proximately caused the deprivation of plaintiff's federal rights. See Leer v. Murphy, 844 F.2d 628, 634 (9th Cir. 1988). The FAC accordingly is dismissed with leave to amend within 28 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words SECOND AMENDED COMPLAINT on the first page. Failure to file a proper SAC within the designated time will result in the dismissal of this action.

United States District Court
Northern District of California

Plaintiff is advised that the SAC will supersede the original complaint, FAC and all other pleadings. Claims and defendants not included in the SAC will not be considered by the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

The clerk is instructed to terminate the motion appearing on ECF as item number 10.

**IT IS SO ORDERED**.

Dated: September 3, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California